STEPHEN RIGGI, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. COUNTRY CLUB TOWERS, INC., *ET ALS.*, DEFEND-ANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Kesselhaut & Kesselhaut* and *Messrs. Levy, Lemken & Margulies* for the petitioners.

*Messrs. Sellinger & Chester* for the respondents.

May 4, 1966.  Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD THOMAS FYRE, II, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Angelo D. Malandra* and *Mr. Ralph J. Kmiec* for the petitioner.

*Mr. Norman Heine* and *Mr. Anthony M. Bezich* for the respondent.

May 3, 1966.  Denied.

SALVATORE CAPELLI, APPELLANT-PETITIONER, v. CIVIL SERVICE COMMISSION, *ET ALS.*, RESPONDENTS-RE-SPONDENTS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 194.

*Mr. Stephen F. Lichtenstein,* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein,* for the respondents.

May 3, 1966.  Denied.